

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-21-00202-CV

**JOE A. MEADORS,**

**Appellant**

 **v.**

**MICHAEL MAKOWSKI AND**
**DONNA MAKOWSKI,**

**Appellees**

_____

### From the 414th District Court
### McLennan County, Texas
### Trial Court No. 2021-1212-5

_____

## MEMORANDUM OPINION

_____

Joe A. Meadors appealed the trial court's "Order Dissolving Temporary Restraining Order, Temporary Injunction and Dismissing." By letter dated October 8, 2021, the Clerk of this Court notified the parties that the Court received a supplemental Clerk's Record on October 7, 2021, containing an order of the trial court granting Meadors a new trial; thus creating the appearance that the appeal is now moot. In the same letter, the Clerk warned Meadors that the appeal would be dismissed unless, within 10 days

from the date of the letter, Meadors filed a response with the Court showing grounds for continuing the appeal. More than 10 days have passed and no response by Meadors has been filed.

Accordingly, this appeal is dismissed. *See* TEX. R. APP. P. 43.2(c).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
Appeal dismissed
Opinion delivered and filed October 27, 2021
[CV06]

